No. 467. KAUFMAN v. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Morton Liftin* for petitioner. *John G. Bonomi* and *Michael Franck* for respondent.

No. 468. SEGUROS TEPEYAC, S. A. COMPANIA MEXICANA DE SEGUROS GENERALES v. JERNIGAN. C. A. 5th Cir. Certiorari denied. *Edward Gallagher* for petitioner. *Cornelius C. O'Brien, Jr.,* for respondent.

No. 470. CONVERSANO v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Robert A. Polin* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 471. LYNCH v. INDIANA. Sup. Ct. Ind. Certiorari denied. *James Manahan* for petitioner. *Theodore L. Sendak,* Attorney General of Indiana, and *William F. Thompson,* Deputy Attorney General, for respondent.

No. 472. IN RE SEMEL. C. A. 3d Cir. Certiorari denied.

No. 473. LYN-BEV DEVELOPMENT, INC. v. COMMERCIAL NATIONAL BANK ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied. *Tyler Abell* for petitioner.

No. 483. ATLANTIC RICHFIELD CO. ET AL. v. HILTON ET AL. Ct. Civ. App. Tex., 12th Sup. Jud. Dist. Certiorari denied. *Jack W. Flock* for petitioners. *Edward Kliewer, Jr.,* for respondents.